AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

FRANK DELLI SANTI
        Plaintiff

V.

SUSSEX COUNTY
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-2172 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Plaintiff has not submitted a completed page 2 of the Application to Proceed Without Prepayment of Fees & Affidavit. Upon his submission of same within 10 days the Court will review his application._

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this ___18th___ day of ___May___, 2009

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer