AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

Frank Delli Santi

   Plaintiff

V.

State of New Jersey, et al.

   Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-2172 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and

☑ The clerk is directed to file the complaint, and

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

ENTER this 29th day of September, 2009

Signature of Judicial Officer

Katharine S. Hayden

Name and title of Judicial Officer